JULIE M. MCCOY, Bar No. 129640
LAW OFFICES OF JULIE M. MCCOY
JACQUELYNE M. NGUYEN, Bar No. 249658
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 11-04111 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| John D. Guerrero, aka | |
| John David Guerrero, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, John D. Guerrero, aka John David Guerrero, in the principal amount of $1,092.45 plus interest accrued to May 10, 2011, in the sum of $1,599.03; with interest accruing thereafter at 9% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$2,691.48**.

DATED: June 28, 2011       By:     Terry Nafisi
                                   Clerk of the Court

                                       A. Martinez
                                   Deputy Clerk
                              United States District Court